**Rodney BROOKS, Petitioner— Appellant,**

v.

**J.W. FAIRMAN, Jr., Respondent— Appellee.**

No. 06–55108.

United States Court of Appeals, Ninth Circuit.

Submitted March 18, 2009.[*]

Filed March 27, 2009.

Rodney Brooks, San Diego, CA, pro se.

Donald J. Oeser, Esq., AGCA–Office of the California Attorney General, Los Angeles, CA, for Respondent–Appellee.

Before: LEAVY, HAWKINS, and TASHIMA, Circuit Judges.

## MEMORANDUM [**]

California state prisoner Rodney Brooks appeals pro se from the district court's denial of his 28 U.S.C. § 2254 petition, which challenged his jury-trial conviction for second-degree murder and assault with

[*] The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and is not precedent except as provid-

a firearm. We have jurisdiction pursuant to 28 U.S.C. § 2253, and we affirm.

Brooks contends that the trial court erred, under *Faretta v. California,* 422 U.S. 806, 95 S.Ct. 2525, 45 L.Ed.2d 562 (1975), by denying his two requests for self-representation because the requests were timely and were not made for the purpose of delay. We conclude that the California Court of Appeal's rejection of Brooks's *Faretta* claims was not contrary to, or an unreasonable application of, clearly established Supreme Court law, and was not based on an unreasonable determination of the facts. *See* 28 U.S.C. § 2254(d)(1)–(2); *see also Faretta,* 422 U.S. at 835–36, 95 S.Ct. 2525; *Marshall v. Taylor,* 395 F.3d 1058, 1060–62 (9th Cir. 2005); *Hirschfield v. Payne,* 420 F.3d 922, 927 (9th Cir.2005).

**AFFIRMED.**